United States District Court
Southern District of Texas
**ENTERED**
March 17, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALLAN LASLEY, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § CIVIL ACTION NO. 4:18-CV-347 <br> § <br> ACADEMY LTD; dba ACADEMY SPORTS § <br> & OUTDOORS; ca KKR & CO LP; ca § <br> ASSOCIATED INVESTORS LLC; ca § <br> ACADEMY MANAGING CO LLC, § <br> § <br> Defendants. § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (*see* Doc. No. 137). The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within forty-five days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next forty-five days.

SIGNED at Houston, Texas, this 17th day of March 2020.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE