United States District Court
Southern District of Texas
**ENTERED**
April 15, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RUSTY ROBBINS and DUSTIN TRAINER | § | CIVIL ACTION NO. 4:18-cv-00347 |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| ACADEMY, LTD d/b/a ACADEMY SPORTS + OUTDOORS, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT**

In this action, Rusty Robbins, individually and on behalf of all Plaintiffs who have executed and filed consents to opt into this litigation ("the Plaintiffs"), brings suit against Defendant, Academy, Ltd. ("the Defendant," and collectively with the Plaintiffs, the "Parties") for alleged violation of the Fair Labor Standards Act, 29 U.S.C. §201 et seq. Before the Court is the parties' Joint Motion for Approval of Settlement. The Court, being fully advised in the premises, finds that all matters and disputes between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED:

(1) The Parties' Settlement Agreement is APPROVED.

(2) This lawsuit and the claims of Rusty Robbins, Dustin Trainer, Natalie Griffith, Jerald Robinson, Michael Whaley, Latasha Marshall, Brian Rogers, Amber Hefner, George Grossman, Glenn Stellhorn, Britny Blackburn, Conner Blake, Stephen Sharp, Kenneth Ryan Hamner, John Neal, Donald Renfro, Jr., Alex Rodriguez, Morgan Cheek, Jimmy Lankford, Coquesa Spencer, Shelita Hill, William Harrell, Samuel Taff, Timothy Harrison, Colby Lewie, Annika Hannah, Michael Claborn, David Holcomb, Steven Lawler, Rachel Huckabee, Michelle

McDonald, Melinda Doss, Leo Naylor, Brittany Edwards, Todd Williamson, Chastity Black, Robert Gastiaburo, George Sellers, and Megan Bruner are hereby DISMISSED WITH PREJUDICE.

(3) Parties are to bear their own attorneys' fees and costs except as otherwise provided by the Settlement Agreement.

DONE AND ORDERED in Houston, Texas this 14th day of April, 2020.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of Record